# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**LACY FONSECA,**

    **Plaintiff,**

v.                                           Case No. 8:11-cv-1800-T-30EAJ

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Proposed Bill of Costs (Dkt. 31) and Motion for Taxation of Costs (Dkt. 32). Defendant seeks costs in the amount of $2,082.85. Notably, Plaintiff did not file any objection to Defendant's proposed costs. The Court concludes that Defendant is entitled to recover all costs contained in its Proposed Bill of Costs because they are taxable under 28 U.S.C. § 1920.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion for Taxation of Costs (Dkt. 32) is GRANTED.

2. The Clerk is directed to enter a **BILL OF COSTS** against Plaintiff and in favor of Defendant in the amount of **$2,082.85**.

**DONE** and **ORDERED** in Tampa, Florida on March 5, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2011\11-cv-1800.billofcosts.frm